# Court of Appeals
# of the State of Georgia

ATLANTA, June 04, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0468.  RUSSELL GAITHER v. MARTY ALLEN, WARDEN et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED on the following issue only:

Whether the Superior Court erred when it determined that the Appellant's complaint shows on its face such a complete absence of any justiciable issue of law or fact with respect to his claims that one or more defendants have violated his Eighth Amendment rights that it cannot be reasonably believed that the court could grant any relief against any party named in the pleading.

The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 06/04/2019
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*